IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY BROWN AND MARIA BROWN,** | ) | **CASE NO. 8:04V212** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARK L. HIGGINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice given to the District Judge on August 12, 2005, that the above case has settled,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before September 12, 2005. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1; and

3. The pretrial conference scheduled for this matter has been cancelled.

Dated this 12th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge