## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY BROWN AND MARIA BROWN** | ) | Case No.: 8:04CV212 |
| **Plaintiffs** | ) ) ) | |
| vs. | ) ) | ORDER FOR DISMISSAL WITH PREJUDICE |
| **MARK L. HIGGINS,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal (filing no. 44). The Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court finds that the stipulation should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (filing no. 44) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action, including all counterclaims, are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees, unless otherwise agreed by and between them.

DATED this 7th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge